# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPIC GAMES, INC.,** | CASE NO. 4:19-cv-04133-YGR |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION TO DISMISS** |
| **ACCELERATION BAY LLC,** | Re: Dkt. No. 22, 26 |
| Defendant. | |

On October 22, 2019, the Court heard oral argument on defendant's motion dismiss. (Dkt. No. 22.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **DENIES** defendant's motion. Subject matter jurisdiction is proper under *MedImmune, Inc. v. Genetch, Inc.*, 549 U.S. 118, 126-37 (2007) and *Hewlett-Packard Co. v. Acceleron LLC*, 587 F.3d 1358, 1362 (Fed. Cir. 2009).

Plaintiff also submitted a motion to seal certain exhibits and portions of its opposition brief on the grounds that the information was provided under the protective order. (Dkt. No. 26.) Defendant, in response, seeks affirmatively to have the material sealed on the grounds that the information contains "confidential licensing information." (Dkt. No. 27.) It is not clear to the Court that plaintiff agrees or that such information was, in fact, licensing information. However, as the motion is not dispositive, the Court will **GRANT** the motion to seal for purposes of this motion only but is not yet convinced that such information would satisfy the "compelling reasons" standard which will be at issue later in the litigation. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and *Apple, Inc. v. Samsung Elecs.Co.,* No. 11-cv-1846-LHK, 2012 WL 328478 (2012).

Accordingly, and as noted on the record, defendant **SHALL** file an answer by no later than **November 5, 2019**. Additionally, and as noted on the record, the Court **SETS** an initial case management conference for **Monday, December 2, 2019** on the Court's **2:00 p.m.** calendar in Courtroom 1 of the Federal Courthouse located at 1301 Clay Street in Oakland, California. By **Monday, November 25, 2019**, the parties shall file a joint case management statement in compliance with the Civil Local Rules of the Northern District of California and this Court's Standing Order in Civil Cases.

This Order terminates Docket Numbers 22 and 26.

**IT IS SO ORDERED.**

Dated: October 25, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**