| | |
|---|---|
| David P. Enzminger (SBN: 137065)<br>denzminger@winston.com<br>Michael A. Tomasulo (SBN: 179389)<br>mtomasulo@winston.com<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone:   (213) 615-1700<br>Facsimile:    (213) 615-1750<br><br>Louis L. Campbell (SBN: 221282)<br>llcampbell@winston.com<br>Matthew R. McCullough (SBN: 301330)<br>mrmccullough@winston.com<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, California 94025-4004<br>Telephone:   (650) 858-6500<br>Facsimile:    (650) 858-6550<br><br>Saranya Raghavan (admitted *pro hac vice*)<br>sraghavan@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>*Attorneys for Plaintiff*<br>*Epic Games, Inc.* | Paul J. Andre (State Bar No. 196585)<br>pandre@kramerlevin.com<br>Lisa Kobialka (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>James Hannah (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>Aaron M. Frankel (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100<br>afrankel@kramerlevin.com<br><br>*Attorneys for Defendant and Counterclaim-*<br>*Plaintiff Acceleration Bay LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ACCELERATION BAY LLC, a Delaware Limited Liability Corporation,<br><br>　　　　　Defendant. | Case No.: 4-19-cv-04133-YGR<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING PROTECTIVE ORDER** |

| | |
|---|---|
| 1 | Pursuant to the Scheduling Order in this action, Plaintiff and Counterclaim-Defendant Epic Games, Inc. and Defendant and Counterclaim-Plaintiff Acceleration Bay LLC jointly submit this Stipulation and [Proposed] Order Regarding the Proposed Protective Order. |

Pursuant to the Scheduling Order in this action, Plaintiff and Counterclaim-Defendant Epic Games, Inc. and Defendant and Counterclaim-Plaintiff Acceleration Bay LLC jointly submit this Stipulation and [Proposed] Order Regarding the Proposed Protective Order.

The parties have conferred regarding a Proposed Protective Order, and reached agreement on nearly all provisions of such an order. So that discovery may commence in this action, the parties filed herewith a Proposed Protective Order including all of the agreed upon provisions and agree that discovery can commence under the Proposed Protective Order pending the Court's entry of the Order.

The parties stipulate, subject to the Court's approval, to the following procedure to resolve the outstanding disputes regarding certain proposed additional provisions to the Proposed Protective Order. Because the parties can commence discovery under the Proposed Protective Order submitted to the Court, this procedure will not affect any deadlines currently on calendar.

The parties shall further confer regarding the disputed proposed additional provisions. By January 7, 2020, the parties will either (1) submit an agreed upon updated Proposed Protective Order or (2) submit a Proposed Protective Order identifying any remaining disputed provisions along with a joint letter of no more than four, double-spaced pages total providing the parties' explanations for their positions regarding any disputed provisions.

**IT IS SO STIPULATED,** through Counsel of Record.

*Signatures on following page*

1

Stipulation and [Proposed] Order re Protective Order
Case No. 4-19-cv-04133-YGR

Dated: December 19, 2019

| /s/ Michael A. Tomasulo | /s/ Paul J. Andre |
|---|---|
| David P. Enzminger (SBN: 137065)<br>denzminger@winston.com<br>Michael A. Tomasulo (SBN: 179389)<br>mtomasulo@winston.com<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>Louis L. Campbell (SBN: 221282)<br>llcampbell@winston.com<br>Matthew R. McCullough (SBN: 301330)<br>mrmccullough@winston.com<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, California 94025-4004<br>Telephone: (650) 858-6500<br>Facsimile: (650) 858-6550<br><br>Saranya Raghavan (admitted *pro hac vice*)<br>SRaghavan@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Epic Games, Inc.* | Paul J. Andre (SBN: 196585)<br>pandre@kramerlevin.com<br>Lisa Kobialka (SBN: 191404)<br>lkobialka@kramerlevin.com<br>James Hannah (SBN: 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>Aaron M. Frankel (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>afrankel@kramerlevin.com<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Acceleration Bay LLC* |

## ATTESTATION

I hereby attest that I have obtained concurrence of the above noted signatories as indicated by the conformed signature (/s/) within this e-filed document.

Dated: December 19, 2019

/s/ *Michael A. Tomasulo*
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700

**IT IS SO ORDERED.**

DATED: December 23, 2019

_____
UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS