| | |
|---|---|
| David P. Enzminger (SBN: 137065) <br> denzminger@winston.com <br> Michael A. Tomasulo (SBN: 179389) <br> mtomasulo@winston.com <br> WINSTON & STRAWN LLP <br> 333 South Grand Avenue, 38th Floor <br> Los Angeles, CA 90071-1543 <br> Telephone:  (213) 615-1700 <br> Facsimile:  (213) 615-1750 <br><br> Louis L. Campbell (SBN: 221282) <br> llcampbell@winston.com <br> Matthew R. McCullough (SBN: 301330) <br> mrmccullough@winston.com <br> WINSTON & STRAWN LLP <br> 275 Middlefield Road, Suite 205 <br> Menlo Park, California 94025-4004 <br> Telephone:  (650) 858-6500 <br> Facsimile:  (650) 858-6550 <br><br> Saranya Raghavan (admitted *pro hac vice*) <br> sraghavan@winston.com <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br><br> *Attorneys for Plaintiff* <br> *Epic Games, Inc.* | Paul J. Andre (State Bar No. 196585) <br> pandre@kramerlevin.com <br> Lisa Kobialka (State Bar No. 191404) <br> lkobialka@kramerlevin.com <br> James Hannah (State Bar No. 237978) <br> jhannah@kramerlevin.com <br> KRAMER LEVIN NAFTALIS <br>   & FRANKEL LLP <br> 990 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone: (650) 752-1700 <br> Facsimile: (650) 752-1800 <br><br> Aaron M. Frankel (*pro hac vice*) <br> KRAMER LEVIN NAFTALIS <br>   & FRANKEL LLP <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br> (212) 715-9100 <br> afrankel@kramerlevin.com <br><br> *Attorneys for Defendant and Counterclaim-* <br> *Plaintiff Acceleration Bay LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ACCELERATION BAY LLC, a Delaware Limited Liability Corporation, <br><br> Defendant. | Case No.: 4-19-cv-04133-YGR <br><br> **~~PROPOSED~~ STIPULATED REQUEST TO AMEND THE SCHEDULING ORDER** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Civil L.R. 6-1 and 6-2, Plaintiff and Counterclaim-Defendant Epic Games, Inc.
2  and Defendant and Counterclaim-Plaintiff Acceleration Bay LLC jointly submit this PROPOSED
3  STIPULATED REQUEST TO AMEND THE SCHEDULING ORDER.
4    WHEREAS, after receipt of Acceleration Bay's Patent L.R. 3-1 infringement contentions,
5  Epic wrote to Acceleration Bay and explained Epic's position that Acceleration Bay's infringement
6  contentions were deficient and not in compliance with Patent L.R. 3-1;
7    WHEREAS, Acceleration Bay's position is that its infringement contentions fully comply
8  with Patent L.R. 3-1;
9    WHEREAS, the parties met and conferred and agreed that to attempt to avoid unnecessary
10 motion practice on the sufficiency of Acceleration Bay's infringement contentions, Acceleration Bay
11 will serve amended infringement contentions on March 27, 2020, without an admission that its
12 original infringement contentions are deficient and with Epic Games reserving all objections as to
13 Acceleration Bay's infringement contentions;
14   WHEREAS, in light of the foregoing, the parties request to amend the schedule as set forth
15 below, including extending the deadline for Epic's Patent L.R. 3-3 and 3-4 disclosures and technical
16 discovery regarding the Accused Products until April 15, 2020, with Epic Games reserving the right
17 to seek further modification to the case schedule;
18   WHEREAS, other discovery, unless noted, shall remain due as presently scheduled;
19   WHEREAS, this proposed amended schedule does not impact the schedule for claim
20 construction, the close of discovery or the parties' ability to complete discovery by the discovery
21 deadline, although the parties note that it may be necessary to propose further amendments to the
22 case schedule in view of the disruption caused by the COVID-19 pandemic;
23   WHEREAS, the only dates on the Court's calendar for this case that this proposed amended
24 schedule impacts are dates on the Court's compliance calendar regarding depositions the parties
25 intend to take, which are highlighted below;
26   WHEREAS, the parties believe that given that the proposed amended schedule does not
27 impact the dates the Court has set for the claim construction tutorial, the claim construction hearing,
28 and the close of discovery, and will not impact the parties' ability to complete discovery by the

discovery deadline, there is good cause for this request to amend the schedule;

THEREFORE, the parties respectfully request that the Court enter the following amended schedule:

| Event | Current Date | New Date |
|---|---|---|
| Acceleration Bay to serve amended Infringement Contentions | Friday, February 7, 2020 | Friday, March 27, 2020 |
| Patent L.R. 3-3, 3-4 disclosures (invalidity contentions and accompanying document production and Epic responses to Acceleration Technical Discovery). | Monday, March 23, 2020 | Wednesday, April 15, 2020 |
| Joint Statement re depositions | March 27, 2020 | April 27, 2020 |
| Compliance hearing re depositions | April 3, 2020 | May 1, 2020 |
| Parties to exchange proposed claim terms for construction under Patent L.R. 4-1 | Monday, April 6, 2020 | Monday, April 20, 2020 |
| Parties to exchange preliminary claim constructions and extrinsic evidence under Patent L.R. 4-2 (21 days after Patent L.R. 4-1) | Monday, April 27, 2020 | Monday, May 11, 2020 |
| Acceleration Bay to serve damages contentions under Patent L.R. 3-8 | Tuesday, May 12, 2020 | Tuesday, June 2, 2020 |
| Parties to file Joint Claim Construction and Prehearing Statement including citations to evidence (intrinsic and/or extrinsic) | Friday, May 22, 2020 | Friday, June 5, 2020 |
| Epic to serve responsive damages contentions under Patent L.R. 3-9 | Thursday, June 11, 2020 | Thursday, July 2, 2020 |
| Deadline to complete discovery related to claim construction under Patent L.R. 4-4 | Monday, June 22, 2020 | Monday, June 22, 2020 (unchanged) |
| Acceleration Bay opening claim construction brief due under Patent L.R. 4-5(a) | Friday, July 10, 2020 | Friday, July 10, 2020 (unchanged) |
| Epic responsive claim construction brief due under Patent L.R. 4-5(b) | Friday, July 31, 2020 | Friday, July 31, 2020 (unchanged) |
| Acceleration Bay reply claim construction brief due under Patent L.R. 4-5(c) | Friday, August 14, 2020 | Friday, August 14, 2020 (unchanged) |
| Claim construction tutorial | Monday, August 31, 2020, at 1:30 P.M. | Monday, August 31, 2020, at 1:30 P.M. (unchanged) |

| Event | Current Date | New Date |
|---|---|---|
| Fact discovery Cut-off | Friday, September 11, 2020 | Friday, September 11, 2020 (unchanged) |
| Court conducts Claim Construction (*Markman*) hearing | Friday, September 11, 2020, at 1:30 P.M. | Friday, September 11, 2020, at 1:30 P.M. (unchanged) |
| Post Claim Construction Order Case Management Conference | TBD | TBD |

The parties stipulate, subject to Court approval.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD.

*Signatures on following page*

1  Dated: March 17, 2020

2
3  */s/ Michael A. Tomasulo*                    */s/ Paul J. Andre*

4  David P. Enzminger (SBN: 137065)              Paul J. Andre (SBN: 196585)
   denzminger@winston.com                        pandre@kramerlevin.com
5  Michael A. Tomasulo (SBN: 179389)             Lisa Kobialka (SBN: 191404)
   mtomasulo@winston.com                         lkobialka@kramerlevin.com
   WINSTON & STRAWN LLP                          James Hannah (SBN: 237978)
6  333 South Grand Avenue, 38th Floor            jhannah@kramerlevin.com
   Los Angeles, CA 90071-1543                    KRAMER LEVIN NAFTALIS
7  Telephone: (213) 615-1700                       & FRANKEL LLP
   Facsimile: (213) 615-1750                     990 Marsh Road
8                                                Menlo Park, CA 94025
   Louis L. Campbell (SBN: 221282)               Telephone: (650) 752-1700
9  llcampbell@winston.com                        Facsimile: (650) 752-1800
   Matthew R. McCullough (SBN: 301330)
10 mrmccullough@winston.com                      Aaron M. Frankel (*pro hac vice*)
   WINSTON & STRAWN LLP                          KRAMER LEVIN NAFTALIS
11 275 Middlefield Road, Suite 205                 & FRANKEL LLP
   Menlo Park, California 94025-4004             afrankel@kramerlevin.com
12 Telephone:    (650) 858-6500                  1177 Avenue of the Americas
   Facsimile:    (650) 858-6550                  New York, NY 10036
13                                               Telephone: (212) 715-9100
   Saranya Raghavan (admitted *pro hac vice*)
14 SRaghavan@winston.com                         *Attorneys for Defendant and Counterclaim-*
   WINSTON & STRAWN LLP                          *Plaintiff Acceleration Bay LLC*
15 35 W. Wacker Drive
   Chicago, IL 60601
16 Telephone: (312) 558-5600
   Facsimile: (312) 558-5700
17
   *Attorneys for Plaintiff and Counterclaim-*
18 *Defendant Epic Games, Inc.*

19                                  **ATTESTATION**

20     I hereby attest that I have obtained concurrence of the above noted signatories as indicated by

21 the conformed signature (/s/) within this e-filed document.

22 Dated: March 17, 2020                         */s/ Michael A. Tomasulo*
                                                 Michael A. Tomasulo (SBN: 179389)
23                                               mtomasulo@winston.com
24                                               WINSTON & STRAWN LLP
                                                 333 South Grand Avenue, 38th Floor
25                                               Los Angeles, CA 90071-1543
                                                 Telephone:    (213) 615-1700
26
27
28
                                               4

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __March 20, 2020__            _/s/ Yvonne Gonzalez Rogers_
                                     YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT JUDGE