David P. Enzminger (SBN: 137065)
denzminger@winston.com
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Louis L. Campbell (SBN: 221282)
llcampbell@winston.com
Matthew R. McCullough (SBN: 301330)
mrmccullough@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Saranya Raghavan (admitted *pro hac vice*)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Plaintiff*
*Epic Games, Inc.*

Paul J. Andre (State Bar No. 196585)
pandre@kramerlevin.com
Lisa Kobialka (State Bar No. 191404)
lkobialka@kramerlevin.com
James Hannah (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Aaron M. Frankel (*pro hac vice*)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
afrankel@kramerlevin.com

*Attorneys for Defendant and Counterclaim-Plaintiff Acceleration Bay LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EPIC GAMES, INC., a Maryland Corporation,

Plaintiff,

v.

ACCELERATION BAY LLC, a Delaware Limited Liability Corporation,

Defendant.

Case No.: 4-19-cv-04133-YGR

ORDER GRANTING
**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE**

Judge: Hon. Yvonne Gonzalez Rogers

Plaintiff and Counterclaim-Defendant Epic Games, Inc. and Defendant and Counterclaim-Plaintiff Acceleration Bay LLC, having resolved their disputes by agreement, and pursuant to Fed. R. Civ. P. 41, hereby jointly move for an order dismissing all claims, counterclaims, and counterclaims-in-reply in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

***Signatures on following page***

Dated: April 23, 2020

*/s/ Michael A. Tomasulo*

David P. Enzminger (SBN: 137065)
denzminger@winston.com
Michael A. Tomasulo (SBN: 179389)
mtomasulo@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Louis L. Campbell (SBN: 221282)
llcampbell@winston.com
Matthew R. McCullough (SBN: 301330)
mrmccullough@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Saranya Raghavan (admitted *pro hac vice*)
SRaghavan@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Plaintiff and Counterclaim-Defendant Epic Games, Inc.*

*/s/ Paul J. Andre*

Paul J. Andre (SBN: 196585)
pandre@kramerlevin.com
Lisa Kobialka (SBN: 191404)
lkobialka@kramerlevin.com
James Hannah (SBN: 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Aaron M. Frankel (*pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
afrankel@kramerlevin.com
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

*Attorneys for Defendant and Counterclaim-Plaintiff Acceleration Bay LLC*

**ATTESTATION**

I hereby attest that I have obtained concurrence of the above noted signatories as indicated by the conformed signature (/s/) within this e-filed document.

Dated: April 23, 2020

*/s/ Paul J. Andre*
Paul J. Andre (SBN: 196585)
pandre@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 24, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE